etc. — Order sustaining demurrer to complaint and judgment thereon affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., dissenting.

Jefferson Jackson and others, Appellants, v. Benjamin Andrews and others, Respondents. — Parts of judgment appealed from by plaintiff modified by giving no equitable lien to defendants for outstanding legal claims taken in names of third parties as decided upon by defendant's appeal, also by allowing the disbursements for referee's fees. Opinion by Pratt, J.

Matter of Probate of Will of Margaret E. Johnson, Deceased. — Decree of surrogate reversed and will ordered to be admitted to probate. Opinion by Barnard, P. J.

The People of the State of New York ex rel. Anthony S Woods, Appellant, v. The Police Commissioners of Long Island City and others, Respondents. — Order refusing mandamus affirmed, with costs. Opinion by Dykman, J.

William H. Nearpass, as Trustee, etc., Respondent, v. Franklin Newman, Jr., and others, Appellants. — Judgment reversed and new trial granted, costs to abide event. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Harmanus Cuddeback, Appellant, v. The President, etc., of the Delaware and Hudson Canal Company, Respondent. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

William H. Ellis, Administrator, etc., Respondent, v. The New York, Lake Erie and Western Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Dennis Buckley, Jr., Appellant, v. The Gutta Percha and Rubber Manufacturing Company, Respondent — Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.; Dykman, J., dissenting.

Robert Corcoran, Respondent, v. The Village of Peekskill, Appellant. — Judgment and order denying new trial and order granting extra allowance affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

Mary F. Murtfeldt and others, Appellants, v. The New York, West Shore and Buffalo Railroad Company, Respondents. — Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Samuel S. Free, Respondent, v. Martha A. Fancher and others, Appellants. — Order denying motion to resettle case dismissed, without costs. Opinion by Barnard, P. J.

Samuel S. Free, Respondent, v. Martha A. Fancher, Appellant. — Order overruling exceptions denying new trial and directing judgment reversed, and new trial granted; costs to abide event; reference vacated. Opinion by Barnard, P. J.

James F. Mooney, Respondent, v. John Loughlin, Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.

Evan Jones, Appellant, v. Henry McCaddin, Jr, Respondent — Judgment affirmed, with costs. Opinion by Pratt, J.

The People of the State of New York, Respondent, v. Carl Fuller, Appellant. — Conviction and judgment affirmed. Opinion by Barnard, P. J.

Matter of Staten Island Railroad Company. — Motion to dismiss appeal denied, without costs.

Frederic Phannemiller, Respondent, v. Austin Roe, Appellant. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Elizabeth F. Floyd and another, Respondents, v. Caroline A. Strong and others, Appellants. —

Judgment affirmed, with costs. Opinion by Dykman, J.

Emma Sprout, Respondent, v. Franklin Newman, Jr., Appellant.

Emma Nearpass and another, Respondents, v. The Same Appellant. — Judgment against Newman reversed and new trial granted; costs to abide event. Judgment in favor of Bishop affirmed, without costs. Opinion by Pratt, J.

In Matter of Application of American Surety Company. — Order granted.

Rhoda Freeborn, Administratrix, etc, Appellant, v. William A. Johnston, Respondent. — Judgment reversed and new trial granted; costs to abide event. Opinion by Barnard, P. J.

In the Matter of Haight and others, Respondents, v. The Village of Peekskill. Appellant. — Order appointing Commissioners, report of same, and order confirming report affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

Martha Pyers, Administratrix, etc., Respondent, v. The New York and New England Railroad Company, Appellants. — Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Owen Gilmore, Administrator, etc., Respondent, v. The Long Island Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Margaret Grady, v. Henry Prigge. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

Augustus R. Griffin, as Receiver, etc., Respondent, v. The Long Island Railroad Company, Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Louise U. Skidmore, Appellant, v. William Post, Executor, etc., Respondent. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

William H. Carr and another, Respondents, v. Sarah A. L. Palmer and others, Appellants. — Appeal withdrawn.

The People of the State of New York, Respondent, v. James H. Reilly, Appellant. — Conviction and judgment affirmed. Opinion by Pratt, J.

Thomas S. Kelly, an Infant, etc., Respondent, v. The Coney Island and Brooklyn Railroad Company, Appellant. — Judgment and order denying new trial reversed, and new trial granted, costs to abide event. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Catharine E. Lott, Respondent, v. George H. Lott, Appellant. — Order denying motion to vacate order of arrest affirmed, with costs and disbursements. Opinion by Dykman, J.

The People of the State of New York, Respondent, v. Charles H. Rugge, Appellant. — Conviction and judgment affirmed. Opinion by Pratt, J.

Elnathan Sweet v. Dorelius Morrison. — Motion denied. Opinion by Dykman, J.; Pratt, J., not sitting.

Sylvester H. Langdon, Respondent, v. Clinton B. Fisk, Appellant. — Appeal dismissed, unless the papers on the appeal are submitted in twenty days.

Matter of Pelham Park Railroad. — Elisha Horton, of White Plains; Arthur J. Burns, of Yonkers; Stephen D. Horton, of Peekskill, appointed Commissioners.

The People of the State of New York, Respondent, v. William Powers, Appellant. — Conviction reversed and new trial granted. — Opinion by Barnard, P. J.

Mary V. W. Mills, Respondent, v. James Kerr and others, Appellants. — Judgment affirmed, with costs. Opinion by Brown, J.